```
                                                    FILED
                                                US DISTRICT COURT

                                                2000 JAN 31  A 10: 19

                                                LORETTA G. WHYTE
```

MINUTE ENTRY
BARBIER, J.
JANUARY 27, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HUMBLES AND DALE H. HAYDELL | CIVIL ACTION |
| VERSUS | NO: 00-0003 |
| R.J. REYNOLDS TOBACCO CO., ET AL. | SECTION: "J"(2) |

**IT IS ORDERED** that defendant R.J. Reynolds Tobacco Company's **Motion to Recuse** (Rec. Doc. 7) is scheduled for **Wednesday, February 16, 2000 at 9:30 a.m. with oral argument.**

\* \* \* \* \* \* \* \*

DATE OF ENTRY  JAN 3 1 2000

___ Fee
___ Process
X  Dktd
___ CtRmDep
Doc.No. 9