

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "J" (2) |
| VERSUS | * * | JUDGE BARBIER |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR ADMISSION *PRO HAC VICE*
### AS CO-COUNSEL FOR R.J. REYNOLDS TOBACCO COMPANY

Defendant R.J. Reynolds Tobacco Company, through undersigned counsel, and with full reservation of all rights and defenses, hereby moves pursuant to U.L.L.R. 83.2.6 E for entry of an Order enrolling the following attorneys as co-counsel of record in the above-captioned matter:

    Mark A. Belasic
    Dennis L. Murphy
    Kevin D. Boyce
    Jones, Day Reavis & Pogue
    North Point
    901 Lakeside Avenue
    Cleveland, Ohio 44114
    216-586-3939

DATE OF ENTRY  FEB - 7 2000



Messrs. Belasic, Murphy, and Boyce are ineligible to become members of the Bar of this Court because they are not members of the Bar of the State of Louisiana. Messrs. Belasic, Murphy, and Boyce are members of the Bar of the State of Ohio. Certificates reflecting the good standing of Messrs. Belasic, Murphy, and Boyce, issued by the Ohio Supreme Court, the highest court of that jurisdiction, as well as their affidavits are attached.

        Respectfully submitted,

        *Dorothy H. Wimberly*
        Phillip A. Wittmann, 13625
        Stephen H. Kupperman, 7890, T.A.
        Dorothy H. Wimberly, 18509
        STONE, PIGMAN, WALTHER,
          WITTMANN & HUTCHINSON, L.L.P.
        546 Carondelet Street
        New Orleans, Louisiana 70130
        (504) 581-3200

        Attorneys for Defendant
        R.J. Reynolds Tobacco Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| Plaintiffs, | * * | NO. 00-0003 |
| | * | SECTION "J" (2) |
| VERSUS | * * | JUDGE BARBIER |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing Motion for Admission *Pro Hac Vice* to Enroll as Co-Counsel for R.J. Reynolds Tobacco Company,

**IT IS ORDERED** that Mark A. Belasic, Dennis L. Murphy, and Kevin D. Boyce be and they hereby are admitted *pro hac vice* as co-counsel of record for defendant R.J. Reynolds Tobacco Company in this matter.

511215/1

**NEW ORLEANS, LOUISIANA**, this \_\_3rd\_\_ day of February, 2000.

_____
**UNITED STATES DISTRICT JUDGE**

513804/1