

MINUTE ENTRY
BARBIER, J.
FEBRUARY 9, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HUMBLES AND DALE H. HAYDELL | CIVIL ACTION |
| VERSUS | NO: 00-0003 |
| R.J. REYNOLDS TOBACCO CO., ET AL. | SECTION: "J"(2) |

  **IT IS ORDERED** that plaintiffs' **Motion to Remand** (Rec. Doc. 6) is scheduled for **Wednesday, February 16, 2000 at 10:30 a.m. with oral argument.**

  **IT IS FURTHER ORDERED** that defendants' **Motion to Recuse** (Rec. Doc. 7) is RE-SET for **Wednesday, February 16, 2000 at 10:30 a.m. with oral argument.**

* * * * * * * *

FEB 11 2000
DATE OF ENTRY