

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| Plaintiffs, | * * | NO. 00-0003 |
| | * | SECTION "J" (2) |
| VERSUS | * * | JUDGE BARBIER |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO RECUSE

Defendant R.J. Reynolds Tobacco Company ("Reynolds"), through undersigned counsel, and with full reservation of all rights and defenses, hereby moves for leave to file the attached Reply Memorandum in Support of Motion to Recuse in this matter. Reynolds respectfully suggests that the reply memorandum is necessary in order to address issues raised by plaintiffs in their opposition memorandum and may assist the Court in the resolution of this matter.

DATE OF ENTRY FEB 16 2000



**WHEREFORE,** defendant R.J. Reynolds Tobacco Company moves for leave to file the attached Reply Memorandum in Support of Motion to Recuse.

Respectfully submitted,

*[signature]*

Phillip A. Wittmann, 13625
Stephen H. Kupperman, 7890, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Attorneys for Defendant
R.J. Reynolds Tobacco Company

515619/1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "J" (2) |
| VERSUS | * * | JUDGE BARBIER |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing Motion and Incorporated Memorandum for Leave to File Reply Memorandum in Support of Motion to Recuse,

**IT IS ORDERED** that defendant R.J. Reynolds Tobacco Company be and it hereby is permitted to file its Reply Memorandum in Support of Motion to Recuse.

**NEW ORLEANS, LOUISIANA**, this 16 day of February, 2000.

_____
DISTRICT JUDGE

515621/1