UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID HUMBLES, ET AL                                        CIVIL ACTION

VERSUS                                                      NUMBER: 00-0003

R. J. REYNOLDS TOBACCO CO, ET AL                            SECTION: J

COURTROOM DEPUTY:                                           COURT REPORTER:
EILEEN STENSRUD                                             PAT DURONCELET

**WEDNESDAY, FEBRUARY 16, 2000   10:30AM**
**JUDGE CARL J. BARBIER PRESIDING**

**PLAINTIFFS' MOTION TO REMAND (6)**

**Argued; ORDERED taken under advisement.**

**R. J. REYNOLDS TOBACCO CO'S MOTION TO RECUSE (7)**

**Argued; ORDERED DENIED.**

ATTORNEYS:   Joseph Thomas, Esq., for plaintiffs
             Phillip Wittmann, Esq., for R. J. Reynolds Tobacco Co.
             Thomas Anselmo, Esq., for Quaglino Tobacco & Candy Co.
             Peter Radial, Esq., for Brown & Williamson Tobacco Corp.

**FEB 17 2000**

DATE OF ENTRY

