COPY IN CHAMBERS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 18  P 2: 10

LORETTA G. WHYTE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * CIVIL ACTION |
| Plaintiffs, | * |
| | * NO. 00-003 |
| | * |
| VERSUS | * SECTION "J" (2) |
| | * |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, AND BROWN & WILLIAMSON TOBACCO CORPORATION | * JUDGE BARBIER |
| | * MAGISTRATE WILKINSON |
| | * |
| | * |
| Defendants. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL MEMORANDUM
## IN SUPORT OF MOTION
## TO REMAND

**NOW INTO COURT COME** the plaintiffs, David Humbles and Dale H.

Haydell, and move the court for leave to file the attached supplemental

memorandum in support of their motion to remand.

Respectfully submitted,

DATE OF ENTRY  FEB 2 4 2000

JOSEPH W. THOMAS (#8163)
Attorney for Plaintiffs
Poydras Center, Suite 1020
650 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 525-2256



Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No. 19

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DAVID HUMBLES and DALE H.        *   CIVIL ACTION
HAYDELL                            *

         Plaintiffs,             *   NO. 00-003
                            *

VERSUS                    *   SECTION "J" (2)
                            *

R.J. REYNOLDS TOBACCO COMPANY,  *   JUDGE BARBIER
QUAGLINO TOBACCO AND CANDY     *
COMPANY, AND BROWN & WILLIAMSON  *   MAGISTRATE WILKINSON
TOBACCO CORPORATION          *
                            *

         Defendants.           *
                            *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs are hereby granted leave of court to file a Supplemental

Memorandum in Support of their Motion to Remand.

New Orleans, Louisiana this _____ day of _____ ,2000.

_____
U.S. DISTRICT JUDGE