COPY IN CHAMBERS

FILED
U.S. DISTRICT COURT
E...... OF LA
2000 FEB 25 P 4: 43
LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES AND DALE H. HAYDELL | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0003 |
| VERSUS | * | |
| | * | SECTION "J" |
| R.J. REYNOLDS TOBACCO COMPANY, ET AL. | * | |
| | * | MAGISTRATE 2 |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * | * | |

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REMAND

Defendants, Brown & Williamson Tobacco Corporation ("B&W") and R.J. Reynolds Tobacco Company ("Reynolds"), through undersigned counsel, and with full reservation of all rights and defenses, hereby move for leave to file the attached Reply to Plaintiffs' Supplemental Memorandum In Support Of Motion To Remand in this matter. B&W and Reynolds respectfully suggest that the reply memorandum is necessary in order to address new issues raised by plaintiffs in their supplemental memorandum and may assist the Court in the resolution of this matter.



DATE OF ENTRY  MAR - 1 2000

___Fee___
___Process___
_X_ Dktd
___ CtRmDep
___ Doc.No.___

454451_1

WHEREFORE, defendants Brown & Williamson Tobacco Corporation and R.J. Reynolds Tobacco Company move for leave to file the attached Reply to Plaintiffs' Supplemental Memorandum In Support Of Motion To Remand.

CHAFFE, MCCALL, PHILLIPS,
TOLER & SARPY, L.L.P.

By: *[signature]*
Carmelite M. Bertaut, #3054
William F. Grace, Jr., #6199
Peter J. Rotolo, III, #21848
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000

Of Counsel:

Gordon A. Smith
William E. Hoffmann, Jr.
William L. Durham, II
KING & SPALDING
191 Peachtree Street
Atlanta, GA 30303-17633
Telephone:   (404) 572-4600

**Attorneys for Defendant,
BROWN & WILLIAMSON TOBACCO
CORPORATION**

STONE, PIGMAN, WALTHER,
WITTMANN & HUTCHINSON, L.L.P.

By: *[signature]*
Phillip a. Wittmann, #13625
Stephen H. Kupperman, #7890, T.A.
Dorothy H. Wimberly, #18509
546 Carondelet Street
New Orleans, LA 70130
Telephone:   (504) 581-3200

454451_1                                    2

        Mark A. Belasic
        Dennis L. Murphy
        Kevin D. Boyce
        JONES, DAY, REAVIS & POGUE
        North Point
        901 Lakeside Avenue
        Cleveland, OH 44114
        Telephone:   (216) 586-3939

        **Attorneys for Defendant,**
        **R.J. REYNOLDS TOBACCO COMPANY**

<u>**Certificate of Service**</u>

    I do hereby certify that I have on this ___25___ day of ___Feb___, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid or by facsimile transmission or by hand delivery.

                                                               */s/ Clementin Bertrand*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HUMBLES AND DALE H. HAYDELL | * CIVIL ACTION *  <br>* NO. 00-0003 |
| VERSUS | * <br>* SECTION "J" |
| R.J. REYNOLDS TOBACCO COMPANY, ET AL. | * <br>* MAGISTRATE 2 |

* * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum For Leave To File Reply To Plaintiffs' Supplemental Memorandum In Support Of Motion To Remand,

**IT IS ORDERED** that defendants Brown & Williamson Tobacco Corporation and R.J. Reynolds Tobacco Company be and they hereby are permitted to file their Reply To Plaintiffs' Supplemental Memorandum In Support Of Motion To Remand.

NEW ORLEANS, LOUISIANA, this _____ day of February, 2000.

_____
DISTRICT JUDGE

454451_1