

FILED
U.S. DISTRICT COURT
EAST...

2000 MAR 30  P 4:06

LORETTA G. WHYTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HUMBLES AND DALE H. HAYDELL | * CIVIL ACTION |
| | * |
| | * No. 00-0003 |
| VERSUS | * |
| | * SECTION "J" |
| R. J. REYNOLDS TOBACCO COMPANY, ET AL | * |
| | * MAGISTRATE 2 |
| | * |

* * * * * * * * * * * * * * * * * * * *

### MOTION PRO HAC VICE TO ENROLL AS VISITING CO-COUNSEL OF RECORD FOR BROWN & WILLIAMSON TOBACCO CORPORATION

By and through undersigned counsel, a member of good standing of the Bar of this Court and the State of Louisiana, comes defendant, Brown & Williamson Tobacco Corporation, with full reservation of all rights and defenses, pursuant to LR83.2.6, and respectfully requests an Order from This Honorable Court enrolling the following attorneys as visiting co-counsel of record in the above-captioned matter:

DATE OF ENTRY
APR - 3 2000

458429-1

Fee ___
Process ___
X Dktd ___
__ CtRmDep ___
Doc.No. 24

        William L. Durham, II
        William E. Hoffman, Jr.
        Gordon A. Smith
        King & Spalding
        191 Peachtree Street, N.E., Suite 4300
        Atlanta, Georgia  30303-1763
        Telephone No.: (404) 572-4600

Messrs. Durham, Hoffman and Smith are ineligible to become members of the Bar of this Court because they are not members of the Bar of the State of Louisiana. They are members of the Bar of the State of Georgia. Certificates of good standing from the United States District Court for the Northern District of Georgia and the State Bar of Georgia and the Affidavits of William L. Durham, II, William E. Hoffman, Jr. and Gordon A. Smith are attached.

By: *(signature)*
Carmelite M. Bertaut, #03054
William F. Grace, Jr., #06199
Peter J. Rotolo, III, #21848
**CHAFFE, MCCALL, PHILLIPS,**
    **TOLER & SARPY, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
(504) 585-7000
**ATTORNEYS FOR DEFENDANT, BROWN & WILLIAMSON TOBACCO CORPORATION**

458429-1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HUMBLES AND DALE H. HAYDELL | * CIVIL ACTION * |
| | * No. 00-0003 |
| VERSUS | * |
| | * SECTION "J" |
| R. J. REYNOLDS TOBACCO COMPANY, ET AL | * |
| | * MAGISTRATE 2 |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion of Brown & Williamson Tobacco Corporation to Enroll Counsel Pro Hac Vice:

**IT IS HEREBY ORDERED** that William L. Durham, II, William E. Hoffman, Jr. and Gordon A. Smith are hereby admitted as counsel pro hac vice for Brown & Williamson Tobacco Corporation in the above matter.

New Orleans, Louisiana, this 31st day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

458429-1