```
                                    FILED
                              U.S. DISTRICT COURT
                           EASTERN DISTRICT OF LA

                              2000 JUL -6  P 2: 18

                              LORETTA G. WHYTE
                                   CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "J" (2) |
| VERSUS | * * | JUDGE BARBIER |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION TO CHANGE DESIGNATED TRIAL ATTORNEY PURSUANT TO LOCAL RULE 11.2

Defendant R.J. Reynolds Tobacco Company, through undersigned counsel, hereby moves the Court for entry of an Order making a change in its designated Trial Attorney in the above-captioned matter pursuant to Uniform District Court Rules LR11.2 "Trial Attorney", from

DATE OF ENTRY
JUL 1 0 2000

530428/1



Stephen H. Kupperman, to William D. Treeby, La. Bar No. 12901, thereby designating William D. Treeby as responsible for the case and to receive all notices and other communications in the case.

Respectfully submitted,

*Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
William D. Treeby, 12901, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Ave.
Cleveland, OH 44114
(216) 586-3939

Attorneys for Defendant
R.J. Reynolds Tobacco Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "J" (2) |
| VERSUS | * * | JUDGE BARBIER |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Ex Parte Motion To Change Designated Trial Attorney Pursuant to Local Rule 11.2,

**IT IS ORDERED** that William D. Treeby, La. Bar No. 12901, be and he hereby is designated as Trial Attorney for defendant R.J. Reynolds Tobacco Company.

NEW ORLEANS, LOUISIANA, this 7th day of July, 2000.

_____
JUDGE

530428/1