```
                                              FILED
                                        U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                        2000 JUL 10  AM 11: 20

                                            LORETTA G. WHYTE
                                                 CLERK
```

MINUTE ENTRY
JUDGE BARBIER
JULY 6, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HUMBLES | CIVIL ACTION |
| VERSUS | NUMBER: 00-0003 |
| R. J. REYNOLDS TOBACCO CO, ET AL | SECTION: J |

A preliminary conference was held in the above captioned mattter on this date.

Counsel for the defendant informed the court that a ruling in a related case is pending in the Fifth Circuit Court of Appeals, and will affect this case.

Therefore, counsel agreed that this conference should be continued for 90 days. However, should the ruling be published before 90 days, Mr. Rotolo, counsel for Brown & Williamson Tobacco Corp., will contact the court and request an earlier preliminary conference date.

In the meanwhile, discovery will continue.

DATE OF ENTRY
JUL 1 0 2000

___ Fee ___
___ Process ___
X   Dktd
___ CtRmDep
___ Doc.No. 30