

MINUTE ENTRY
BARBIER, J.
JULY 21, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID HUMBLES AND DALE H. HAYDELL                CIVIL ACTION

VERSUS                                            NO: 00-0003

R.J. REYNOLDS TOBACCO CO., ET AL.                 SECTION: "J"(2)

In view of the Fifth Circuit's opinion in *Republic of Panama v. The American Tobacco Co., Inc., et al*, (No. 99-30685) rendered on July 17, 2000, in which the Fifth Circuit found that Judge Barbier should recuse himself from presiding over certain factually-related tobacco cases, the Court finds that it should recuse itself in this matter. Accordingly;

**IT IS ORDERED** that the above-captioned cause be **RE-ALLOTTED** to another section of this court.

* * * * * * * *

DATE OF ENTRY
JUL 2 4 2000

JUL 2 1 2000

REALLOTTED TO  SECT. G