FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT -6  AM 11: 15

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
October 5, 2000
SEAR, J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HADELL | * | CIVIL ACTION |
| VERSUS | * | NO:00-0003 |
| R. J. REYNOLDS TOBACCO CO., QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN AND WILLIAMSON TOBACCO CORP. | * | SECTION: "G"(2) |

### ORDER

IT IS HEREBY ORDERED that this case be administratively terminated and all proceedings in this action be stayed until thirty (30) days after the United States Fifth Circuit Court of Appeals issues its mandate in the case of Badon v. R.J.R. Nabisco,

DATE OF ENTRY

OCT - 6 2000

-1-

Inc., No. CV98-0215 (W.D. La. 4/17/98); appeal docketed, No. 98-

30942 (5th Cir. 8/28/98).

New Orleans, Louisiana, this _____5th_____ day of October, 2000.

MOREY L. SEAR
UNITED STATES DISTRICT COURT

-2-