```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2001 APR -6 PM 3: 14

                                     LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
APRIL 6, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0003 |
| R. J. REYNOLDS TOBACCO CO., ET AL | * | SECTION: "D"(2) |

On October 6, 2000, the court administratively terminated and stayed all proceedings in this matter until thirty days after the United States Fifth Circuit Court of Appeals issued its mandate in *Badon v. R.J.R. Nabisco, Inc.*, 236 F.3d 282 (5th Cir. 2000).[1] (*See* Doc. No. 37). The Fifth Circuit's mandate issued on March 1, 2001.

Accordingly;

**IT IS ORDERED** that this matter be and is hereby **RE-OPENED** and placed back on the court's active docket.

**IT IS FURTHER ORDERED** that Defendant Quagliano Candy and Tobacco Co., Inc.'s **"Motion to Dismiss"** (which had been filed and

---

[1]  This matter was re-allotted to this Section of the court from Section "G" (Judge Sear), effective November 1, 2000. (*See* Doc. No. 33). The matter was initially allotted to Section "J", but Judge Barbier of that Section recused himself in a Minute Entry entered on July 24, 2000. (*See* Doc. No. 31).

DATE OF ENTRY
APR 9 - 2001

noticed for hearing before this matter was administratively closed and stayed) be and is hereby **RE-SET** for hearing on **Wednesday, May 2, 2001**. Plaintiff's memorandum in opposition is due on **Tuesday, April 24, 2001**. The motion will be decided on the briefs, without oral argument.

* * * * *