— 



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES, ET AL. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0003 |
| | * | |
| VERSUS | * | SECTION "D" (2) |
| | * | |
| R. J. REYNOLDS TOBACCO CO. ET AL. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OPPOSITION TO MOTION TO DISMISS
FILED BY QUAGLIANO CANDY AND TOBACCO CO.**

MAY IT PLEASE THE COURT:

This suit alleges that Martha Duncan died from cancer caused by smoking cigarettes manufactured by defendants, R.J. Reynolds Tobacco Corp. and Brown &B Williamson, and distributed in the New Orleans area by defendant Quagliano Candy and Tobacco Co. Inc. (Quagliano).

The manufacturers removed the case to federal court arguing that Quagliano was fraudulently joined.

Quagliano filed a motion to dismiss, arguing that there was not set for facts under which plaintiffs could prevail. Plaintiffs now move to reconsider its motion to remand and oppose Quagliano's motion to dismiss.

The short answer to Quagliano's motion to dismiss in *Bandon v. R.J. R. Nabisco, Inc.*, 236 F.3d. 282 (5th Cir. 2000). In *Bandon* the Fifth Circuit said;

> We conclude that there is arguably a reasonable basis for predicting that plaintiffs might establish redhibition on article 2475 liability against the Louisiana wholesaler under Louisiana law as it stands today i.e., that there is arguably a reasonable basis for predicting that under Louisiana law as it stands today the answer to the certified question is "yes." Id at 286.

As in *Bandon*, so too here. Because there is a reasonable basis for prediction that plaintiffs might establish under Louisiana law liability against the manufacturers' agent - Quagliano - the motion to dismiss filed by Quagliano should be denied.

Respectfully submitted,

_____
JOSEPH W. THOMAS
*Attorney for plaintiffs*
Poydras Center, Suite 1020
650 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 525-2256
Bar No. 8163

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on:

1.  Dorothy H. Wimberly
    Stone, Pigman, Walther
       Wittman & Hutchinson, L.L.P.
    New Orleans, Louisiana 70130

2.  Thomas P. Anzelmo
    Campbell, McCranie, Sistrunk,
       Anselmo & Hardy
    3345 N. Causeway Blvd., Suite 800
    Metairie, Louisiana 70002

3.  Carmelite M. Bertaut
    William F. Grace, Jr.
    Peter J. Rotolo, III
    2300 Poydras Street
    New Orleans, Louisiana 70163-2300

by placing a copy of same in the United States Mail, postage prepaid and properly addressed, this 16th day of April 2001.

                                          JOSEPH W. THOMAS