


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

APR 1 6 2001

2001 APR 16 PM 3:32

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES, ET AL. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0003 |
| | * | |
| VERSUS | * | SECTION "D" (2) |
| | * | |
| R. J. REYNOLDS TOBACCO CO. ET AL. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO RECONSIDER PLAINTIFFS' MOTION TO REMAND

NOW INTO COURT come the plaintiffs through undersigned counsel, and move the court to reconsider plaintiffs' motion to remand in



light of the Fifth Circuit holding in *Badon v. R.J.R. Nabisco, Inc.*, 236 F.3d 282 (5th Cir. 2000).

Respectfully submitted,

_____
JOSEPH W. THOMAS
*Attorney for plaintiffs*
Poydras Center, Suite 1020
650 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 525-2256
Bar No. 8163

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES, ET AL. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0003 |
| | * | |
| VERSUS | * | SECTION "D" (2) |
| | * | |
| R. J. REYNOLDS TOBACCO CO. ET AL. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF MOTION TO RECONSIDER PLAINTIFFS' MOTION TO REMAND

**MAY IT PLEASE THE COURT:**

In *Badon v. R.J.R. Nabisco, Inc.*, 236 F.3d 282 (5th Cir. 2000), the Fifth Circuit held.

> We conclude that there is arguably a reasonable basis for predicting that plaintiffs might establish redhibition on article 2475 liability against the Louisiana wholesaler under Louisiana law as it stands today i.e., that there is arguably a reasonable basis for predicting that under Louisiana law as it stands today the answer to the certified question is "yes." Id at 286.

This court previously denied plaintiffs' motion to remand holding that there was no reasonable basis to predict that plaintiffs as a matter of law might prevail against a cigarette wholesaler under Louisiana law. *Badon* decided otherwise. Indeed, in this case the manufacturer urged the court to withhold making a decision until *Badon* was decided. *Badon* is now the law. This case in light of *Badon* should be remanded to the Civil District Court for the Parish of Orleans.

Respectfully submitted,

/s/ Joseph W. Thomas
JOSEPH W. THOMAS
*Attorney for plaintiffs*
Poydras Center, Suite 1020
650 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 525-2256
Bar No. 8163

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES, ET AL. | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0003 |
| | * | |
| VERSUS | * | SECTION "D" (2) |
| | * | |
| R. J. REYNOLDS TOBACCO CO. ET AL. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

Please take notice that the foregoing Motion to Reconsider Plaintiffs' Motion to Remand will be brought on for hearing on the 2nd day of May 2001 at 10:00 a.m. before the Hon. Judge A.J. McNamara, United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

New Orleans, Louisiana, this 16th day of April 2001.

Respectfully submitted,

JOSEPH W. THOMAS
*Attorney for plaintiffs*
Poydras Center, Suite 1020
650 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 525-2256
Bar No. 8163

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on:

1. Dorothy H. Wimberly
   Stone, Pigman, Walther
      Wittman & Hutchinson, L.L.P.
   New Orleans, Louisiana 70130

2. Thomas P. Anzelmo
   Campbell, McCranie, Sistrunk,
      Anselmo & Hardy
   3345 N. Causeway Blvd., Suite 800
   Metairie, Louisiana 70002

3. Carmelite M. Bertaut
   William F. Grace, Jr.
   Peter J. Rotolo, III
   2300 Poydras Street
   New Orleans, Louisiana 70163-2300

by placing a copy of same in the United States Mail, postage prepaid and properly addressed, this 16th day of April 2001.

                                        JOSEPH W. THOMAS