FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY -2 AM 10: 19

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
MAY 2, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0003 |
| R. J. REYNOLDS TOBACCO CO., ET AL | * | SECTION: "D"(2) |

Before the court are the following motions:

(1) **"Motion to Dismiss"** filed by Defendant Quaglino Candy and Tobacco Co., Inc.; and

(2) **"Motion to Reconsider Plaintiff's Motion to Remand"** filed by Plaintiffs, David Humbles, et al.

The motions, set for hearing on Wednesday, May 2, 2001, are before the court on briefs, without oral argument.

Having reviewed the memoranda of counsel and the applicable law, the court finds that Plaintiffs have not alleged a redhibition cause of action against Quaglino. Therefore, the Fifth Circuit's decision in *Badon v. R.J.R. Nabisco, Inc.*, 236 F.3d 282 (5th Cir. 2000) has no effect on this case. The court has already found that Quaglino was fraudulently joined because Plaintiffs have no

DATE OF ENTRY
MAY 2 2001

Fee
Process
X Dktd
CtRmDep
Doc.No. 38

possibility of recovery on their only claim asserted against Quaglino, i.e., a failure to warn claim.

Accordingly;

**IT IS ORDERED** that Defendant Quaglino's **"Motion to Dismiss"** be and is hereby **GRANTED**, dismissing Defendant Quaglino Candy and Tobacco Co., Inc. from this matter with prejudice; and

**IT IS FURTHER ORDERED** that Plaintiffs' **"Motion to Reconsider Plaintiff's Motion to Remand"** be and is hereby **DENIED.**

\* \* \* \* \* \*