FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY -2 AM 10: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| Plaintiffs, | * * | NO. 00-0003 |
| VERSUS | * * | SECTION "D" (2) |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | JUDGE MCNAMARA MAGISTRATE WILKINSON |
| Defendants. | * * | |

## MOTION AND ORDER TO SUBSTITUTE COUNSEL FOR DEFENDANT QUAGLINO TOBACCO AND CANDY COMPANY

Defendant Quaglino Tobacco and Candy Company ("Quaglino"), through undersigned counsel, hereby moves for entry of an Order substituting the law firm of Stone, Pigman, Walther, Wittmann & Hutchinson, L.L.P. and the following attorneys as its counsel of record in this matter:

DATE OF ENTRY
MAY 3 - 2001

- 1 -

584361/1

Phillip A. Wittmann, 13625
William D. Treeby, 12901, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: 504) 581-3361

The foregoing law firm and attorneys are substituting as counsel for Quaglino in place of the law firm of Campbell, McCranie, Sistrunk, Anzelmo & Hardy. Accordingly, Quaglino further moves for entry of an Order deleting the following attorneys as its counsel of record in this matter:

Thomas P. Anzelmo, 2533, T.A.
Catherine M. Williams, 24706
CAMPBELL, McCRANIE, SISTRUNK, ANZELMO & HARDY
3445 North Causeway Blvd.
Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

Respectfully submitted,

_____
Phillip A. Wittmann, 13625
William D. Treeby, 12901, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

_____
Thomas P. Anzelmo, 2533
Catherine M. Williams, 24706
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 North Causeway Blvd.
Suite 800
Metairie, Louisiana 70002
(504) 831-0946

584361/1

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing has been served upon plaintiffs' counsel by hand delivery and upon all other counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 2nd day of May, 2001.

_Dorothy C. Wimberly_

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing motion,

**IT IS ORDERED** that the law firm of Stone, Pigman, Walther, Wittmann & Hutchinson, L.L.P. and the following attorneys be and they hereby are substituted as counsel of record for Quaglino Tobacco and Candy Company:

    Phillip A. Wittmann, 13625
    William D. Treeby, 12901, T.A.
    Dorothy H. Wimberly, 18509
    STONE, PIGMAN, WALTHER,
      WITTMANN & HUTCHINSON, L.L.P.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Telephone: (504) 581-3200
    Facsimile: 504) 581-3361

584368/1

**IT IS FURTHER ORDERED** that the law firm of Campbell, McCranie, Sistrunk, Anzelmo & Hardy and the following attorneys be and they hereby are deleted as counsel for record for Quaglino Tobacco and Candy Company in this matter:

> Thomas P. Anzelmo, 2533, T.A.
> Catherine M. Williams, 24706
> CAMPBELL, McCRANIE, SISTRUNK, ANZELMO & HARDY
> 3445 North Causeway Blvd.
> Suite 800
> Metairie, Louisiana 70002
> Telephone: (504) 831-0946

**NEW ORLEANS, LOUISIANA,** this 2/ day of May, 2001.

_____
JUDGE