

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0003 |
| Plaintiffs, | * | |
| | * | SECTION "D" (2) |
| VERSUS | * | |
| | * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * | MAGISTRATE WILKINSON |
| Defendants. | * | |

**MOTION AND INCORPORATED MEMORANDUM FOR
LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF
QUAGLINO TOBACCO AND CANDY COMPANY'S MOTION TO DISMISS**

Defendant Quaglino Tobacco and Candy Company ("Quaglino"), through undersigned counsel, and with full reservation of all rights and defenses, hereby moves for leave to file the attached Quaglino Tobacco and Candy Company's Reply Memorandum in Support of Motion to Dismiss. Quaglino respectfully suggests that the reply memorandum is necessary in order to address a new issue, namely the recent decision of the Fifth Circuit in *Badon v. R.J.R.*

- 1 -

DATE OF ENTRY
MAY 3 - 2001



583137/1

*Nabisco Inc.*, 236 F.3d 282 (5th Cir. 2000), which is discussed in plaintiffs' opposition to the pending motion to dismiss. Quaglino could not address this decision in its original motion and memorandum, filed more than 9 months ago.

      **WHEREFORE,** defendant Quaglino Tobacco and Candy Company moves for leave to file the attached Quaglino Tobacco and Candy Company's Reply Memorandum in Support of Motion to Dismiss.

      Respectfully submitted,

_____
Phillip A. Wittmann, 13625
Stephen H. Kupperman, 7890, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

Attorneys for Defendant
Quaglino Tobacco and Candy Company

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Motion and Incorporated Memorandum has been served upon plaintiffs' counsel by hand delivery and upon all other counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 24th day of April, 2001.

_/s/ Dorothy H. Wimberly_

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| Plaintiffs, | * * | NO. 00-0003 |
| | * | SECTION "D" (2) |
| VERSUS | * * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Leave to File Reply Memorandum in Support of Quaglino Tobacco and Candy Company's Motion to Dismiss,

**IT IS ORDERED** that defendant Quaglino Tobacco and Candy Company be and it hereby is permitted to file Quaglino Tobacco and Candy Company's Reply Memorandum in Support of Motion to Dismiss.

NEW ORLEANS, LOUISIANA, this ⎯⎯ day of April, 2001.

_____
DISTRICT JUDGE

583141/1