```
UNITED STATES DISTRICT COURT
           FILED
    _____
      May 3, 2001
    _____
EASTERN DISTRICT OF LOUISIANA
      Loretta G. Whyte
          Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID HUMBLES                                    CIVIL ACTION

VERSUS                                           NO. 00-3

R J REYNOLDS TOBACCO CO.                         SECTION "D"

### PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE regarding this action will be held **BY TELEPHONE** on **JUNE 12, 2001 AT 11:00 AM,** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

TRIAL COUNSEL are to participate in this conference. If, however, you are unable for good cause to do so, another representative of your office may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

May 3, 2001. **(COURT WILL INITIATE CALL)**

_____
Pam Radosta
Courtroom Deputy, Section "D"
589-7683

### NOTICE OF COMPLIANCE WITH FED. R.CIV. P. 26(a)(1) and 26(f)
COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26 (a)(1) and 26(f).(RULE 26 ATTACHED.) COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.(THIS PERTAINS TO CASES FILED AFTER DECEMBER 1, 2000)

COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE

```
_FEE_____
_PROCESS_____
_DKTD_____
_CTRMDEP_____
DOCUMENT NO.____
```

# IMPORTANT NOTICE TO COUNSEL

## COUNSEL MUST PARTICIPATE IN THIS CONFERENCE. A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.

COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1.    Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2.    Have all parties stipulated that initial disclosures under Rule 26(a)(1) will <u>not</u> be made in this case?

3.    Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case?*

      *WRITTEN OBJECTIONS MUST BE FILED <u>THREE</u> DAYS PRIOR TO THE PRELIMINARY CONFERENCE.