UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 MAY -4  PM 12: 45
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * | CIVIL ACTION |
| | * | NO. 00-0003 |
| VERSUS | * | SECTION "D" (2) |
| R. J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * | JUDGE ~~BARBIER~~ |
| | * | MAJ. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO CONTINUE CONFERENCE

**NOW INTO COURT** come the plaintiffs, David Humbles and Dale H. Haydell, and on suggesting to the court that the Preliminary Conference that is set for Tuesday, June 12, 2001, should be reset for a new date as plaintiffs' counsel will be in depositions that entire day, move the court to continue the Preliminary Conference, to be reset.

Respectfully submitted,

DATE OF ENTRY
MAY 1 1 2001

_____
JOSEPH W. THOMAS (# 8163)
Poydras Center, Suite 1020
650 Poydras Street
New Orleans, Louisiana 70130
Telephone (504) 525-2256

Fee_____
Process____
X /Dktd____
✓ CtRmDep__
Doc.No.____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * * | CIVIL ACTION<br><br>NO. 00-0003 |
| VERSUS | * * | SECTION "D" |
| R. J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | JUDGE MCNAMARA |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion, plaintiffs are hereby granted a continuance of the Preliminary Conference that is set for June 12, 2001. The conference is hereby re-set for the 14th day of June, 2001 at 10:45 o'clock, A.m.

New Orleans, Louisiana, this 11 day of June, 2001.

_____
JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on:

1. Dorothy H. Wimberly
   Stone, Pigman, Walther
     Wittman & Hutchinson, LLP
   New Orleans, LA 70130

2. Carmelite M. Bertaut
   William F. Grace, Jr.
   Peter J. Rotolo, III
   2300 Poydras Street
   New Orleans, LA 70163

by placing same in the United States Mail, properly addressed, and first class prepaid, New Orleans, Louisiana this 4th day of May 2001.

_____
JOSEPH W. THOMAS