FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN -4 PM 3: 02

UNITED STATES DISTRICT COURT

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0003 |
| Plaintiffs, | * | |
| | * | SECTION "D" (2) |
| VERSUS | * | |
| | * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, | * | |
| QUAGLINO TOBACCO AND CANDY | * | MAGISTRATE WILKINSON |
| COMPANY, and BROWN & WILLIAMSON | * | |
| TOBACCO CORPORATION | * | |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND INCORPORATED MEMORANDUM
## FOR EXPEDITED HEARING ON MOTION TO COMPEL

Defendant R.J. Reynolds Tobacco Company ("Reynolds"), through undersigned counsel, respectfully moves the Court for entry of an order granting it an expedited hearing on its Motion to Compel plaintiffs, David Humbles and Dale H. Haydell, to respond to the Interrogatories and Requests for Production of Documents previously served upon them. In support thereof, Reynolds represents as follows:

1.

Simultaneous with the filing of this motion, Reynolds has filed a Motion to Compel discovery responses from plaintiffs. The next available hearing date for its motion is January 23, 2002.

DATE OF ENTRY
JAN 7 - 2002

2.

The Court has fixed this matter for trial commencing June 10, 2002 and also has set the following pertinent deadlines:

 a. February 28, 2002, plaintiffs' expert reports must be filed.

 a. April 1, 2002, defendants' expert reports must be filed and witness and exhibit lists are due.

 b. April 29, 2002, discovery ends.

3.

Notwithstanding these deadlines, no discovery has occurred in this case other than the written discovery propounded on plaintiffs by Reynolds (to which plaintiffs have neither objected not responded).

4.

Without an expedited hearing on this motion and an order compelling immediate responses, it will be difficult, if not impossible, for Reynolds (and plaintiffs) to meet these deadlines and properly prepare for trial. Indeed, Reynolds respectfully suggests that a continuance of this trial and all deadlines may be appropriate.

5.

Reynolds suggests that this motion could even be handled via a telephone conference with the Court. No legal issues are in dispute; the motion simply seeks an order compelling responses.

WHEREFORE, defendant R.J. Reynolds Tobacco Company respectfully moves for an order granting it an expedited hearing on its Motion to Compel discovery responses.

Respectfully submitted,

*Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
William D. Treeby, 12901, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Attorneys for Defendant
R.J. Reynolds Tobacco Company

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by hand delivery this 4th day of January, 2002.

*Dorothy H. Wimberly*

617070/1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion and Incorporated Memorandum for Expedited Hearing on Motion to Compel,

IT IS ORDERED that defendant R.J. Reynolds Tobacco Company's Motion to Compel Discovery Responses be brought on for hearing on the *9th* day of *Jan'y* , 2002, at *10:30* o'clock *a. m . via telephone .*

NEW ORLEANS, LOUISIANA, this *4th* day of January, 2002

*u. s. m .☉ .*

617075/1