UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE McNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * *

**MOTION AND INCORPORATED MEMORANDUM
TO COMPEL ANSWERS TO INTERROGATORIES AND
RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

Defendant R.J. Reynolds Tobacco Company ("Reynolds"), through undersigned counsel, respectfully moves the Court for entry of an order compelling plaintiffs, David Humbles and Dale H. Haydell, to respond to the Interrogatories and Requests for Production of Documents served upon them on or about February 4, 2000. In support thereof, defendant represents as follows:

- 1 -

614709/1

1.

Plaintiffs were served with defendant's written discovery more than one year ago.

2.

On or about October 6, 2000, while defendant's discovery was outstanding, this matter was administratively terminated.

3.

On or about April 6, 2001, the case was reopened and a scheduling conference was set. At the scheduling conference held on June 14, 2001, the Court fixed this matter for trial commencing June 10, 2002 and set the following pertinent deadlines:

    a. April 1, 2002, defendants' expert reports must be filed.

    b. April 29, 2002, discovery ends.

4.

During the scheduling conference, counsel for Reynolds raised the issue of its outstanding discovery with plaintiffs' counsel who agreed to provide responses within thirty (30) days. Notwithstanding plaintiffs' agreement, Reynolds' discovery still has not been answered.

5.

Accordingly, undersigned counsel telephoned plaintiffs' counsel for the conference required by Local Rule 37.1E. Plaintiff's counsel agreed to review this matter, but discovery responses still have not been provided.

6.

With discovery and other deadlines rapidly approaching and a trial date a mere six (6) month away, Reynolds simply cannot wait any longer for plaintiff's responses. Indeed, even

if plaintiffs' discovery responses were received tomorrow, it will be difficult to collect the decedent's medical records, retain experts to review those records, schedule depositions, and properly prepare for trial.

WHEREFORE, defendant R.J. Reynolds Tobacco Company moves for entry of an order compelling compelling plaintiffs, David Humbles and Dale H. Haydell, to respond to the Interrogatories and Requests for Production of Documents previously served upon them.

Respectfully submitted,

*[signature]*
Phillip A. Wittmann, 13625
William D. Treeby, 12901, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200

Of Counsel:

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by hand delivery this 4th day of January, 2002.

_____
Dorothy H. Wimberly

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * *

## LOCAL RULE 37.1E CERTIFICATE

In accordance with Local Rule 37.1E, undersigned counsel certifies that she has conferred by telephone with plaintiffs' counsel and by letter regarding this matter, but that responses still have not been forthcoming.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
William D. Treeby, 12901, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
 WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

614721/1

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Attorneys for Defendant
R.J. Reynolds Tobacco Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by hand delivery this 4th day of January, 2002.

_____

614721/1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion to Compel Discovery Responses filed by defendant R.J. Reynolds Tobacco Company will be brought on for hearing on the 23rd day of January, 2002, at 11:00 a.m., before the Honorable Joseph Wilkinson, Magistrate Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

_____
Phillip A. Wittmann, 13625
William D. Treeby, 12901, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

614720/1

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Attorneys for Defendant
R.J. Reynolds Tobacco Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by hand delivery this 4th day of January, 2002.

*[signature: Dorothy H. Wimberly]*

614720/1

**SEE RECORD FOR
EXHIBITS
OR
ATTACHMENTS
NOT SCANNED**