

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN -9 PM 4:48

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M. J.
JANUARY 9, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HUMBLES ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-003 |
| R. J. REYNOLDS TOBACCO COMPANY ET AL. | SECTION "D"(2) |

**HEARING ON MOTION**

APPEARANCES:    Joseph W. Thomas, representing plaintiffs; Dorothy H. Wimberly and Peter Rotolo, representing defendants (all via telephone)

MOTION:    Defendant's Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents, Record Doc. No. 50.

O R D E R E D:

_XXX_: GRANTED IN PART AND DISMISSED AS MOOT IN PART. Plaintiffs must provide answers to defendant R. J. Reynolds Tobacco Co.'s Interrogatories No. 8, 11, 13, 14 and 16 and written responses to defendant's Requests for Production No. 14 through 26, together with responsive documents, no later than **January 23, 2002**, conditioned upon defense counsel's delivery of the subject authorization forms to plaintiff's counsel today.



DATE OF ENTRY

JAN 1 0 2002

___Fee___
___Process___
_X_/Dktd ___
___CtRmDep___
Doc. No. _51_

In light of the agreement of all parties that they will submit to Judge McNamara a joint motion to continue the trial and all other dates and deadlines in this matter, the remainder of the motion is dismissed as moot, but without prejudice to reurging if the trial date is not continued.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE