```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2002 JAN 17  AM 9: 41

                                          LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
McNAMARA, J.
JANUARY 16, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0003 |
| R. J. REYNOLDS TOBACCO CO., ET AL | * | SECTION: "D"(2) |

Having considered the **"Joint Motion for Administrative Termination"** and the January 16, 2002, letter from counsel for Defendant R.J. Reynolds Tobacco regarding same, the court **SCHEDULES** a **STATUS CONFERENCE** in chambers on **Wednesday, February 6, 2002 at 3:30 p.m.** Counsel of record are instructed to attend.

* * * * *

DATE OF ENTRY
JAN 17 2002