FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB -5 AM 10: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE McNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION AND INCORPORATED MEMORANDUM TO ENFORCE DISCOVERY ORDER

Defendant R.J. Reynolds Tobacco Company ("Reynolds"), through undersigned counsel, respectfully moves the Court for entry of an order enforcing the discovery order previously entered in this matter. In support thereof, defendant represents as follows:

1.

By Minute Entry dated January 9, 2002, this Court ordered plaintiffs David Humbles and Dale H. Haydell to provide answers to Reynolds' Interrogatories No. 8, 11, 13, 14, and 16 and to provide written responses to Reynolds' Request for Production No. 14 through 26,

together with responsive documents, no later than January 23, 2002. *See* Minute Entry of January 9, 2002, attached as Exhibit A.

2.

The order was conditioned upon defense counsel's delivery of the subject authorization forms to plaintiffs' counsel on January 9, 2002, which condition was fulfilled by Reynolds' counsel.

3.

Notwithstanding this Court's January 9, 2002 order, plaintiffs have not provided the mandated answers, responses, and documents. Accordingly, Reynolds seeks immediate enforcement of the order. Immediate enforcement is required in as much as the following deadlines are pending:

    a. April 1, 2002, defendants' expert reports must be filed.

    b. April 29, 2002, discovery ends.

    c. June 10, 2002, trial commences

4.

Although the parties jointly have moved for administrative termination of this case and the setting aside of all such deadlines, that motion has not been ruled upon by the Court. Rather, the Court has scheduled a status conference for February 6, 2002. Administrative termination, however, will not render moot the need for compliance with the discovery order.

5.

During any period of termination, Reynolds intends to collect all medical and other relevant records relating to this case. That way, when the case is restored to the trial

docket, the parties will be ready to commence depositions immediately and more quickly prepare the case for trial.

**WHEREFORE**, defendant R.J. Reynolds Tobacco Company moves for enforcement of this Court's discovery order entered January 9, 2002.

Respectfully submitted,

*Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
William D. Treeby, 12901, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200


Of Counsel:

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

621111/1

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by hand delivery this 5th day of February, 2002.

                                                                        _____
                                                                         Dorothy H. Wimberly



```
            FILED
      U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

     2002 JAN -9  PM 4: 48

       LORETTA G. WHYTE
             CLERK
```

MINUTE ENTRY
WILKINSON, M. J.
JANUARY 9, 2002

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HUMBLES ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-003 |
| R. J. REYNOLDS TOBACCO COMPANY ET AL. | SECTION "D"(2) |

### HEARING ON MOTION

APPEARANCES: Joseph W. Thomas, representing plaintiffs; Dorothy H. Wimberly and Peter Rotolo, representing defendants (all via telephone)

MOTION: Defendant's Motion to Compel Answers to Interrogatories and Responses to Requests for Production of Documents, Record Doc. No. 50.

O R D E R E D:

__XXX__: GRANTED IN PART AND DISMISSED AS MOOT IN PART. Plaintiffs must provide answers to defendant R. J. Reynolds Tobacco Co.'s Interrogatories No. 8, 11, 13, 14 and 16 and written responses to defendant's Requests for Production No. 14 through 26, together with responsive documents, no later than **January 23, 2002**, conditioned upon defense counsel's delivery of the subject authorization forms to plaintiff's counsel today.



In light of the agreement of all parties that they will submit to Judge McNamara a joint motion to continue the trial and all other dates and deadlines in this matter, the remainder of the motion is dismissed as moot, but without prejudice to reurging if the trial date is not continued.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion and Incorporated Memorandum to Enforce Discovery Order filed by defendant R.J. Reynolds Tobacco Company will be brought on for hearing on the 20th day of February, 2002, at 11:00 a.m., before the Honorable Joseph Wilkinson, Magistrate Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

*[signature: Dorothy H. Wimberly]*

Phillip A. Wittmann, 13625
William D. Treeby, 12901, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

621124/1

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Attorneys for Defendant
R.J. Reynolds Tobacco Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by hand delivery this 5th day of February, 2002.

*Dorothy N. Wimber* 

621124/1