UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR ADMINISTRATIVE TERMINATION

Plaintiffs, David Humbles and Dale H. Haydell, and defendants, R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation,[1] through their respective undersigned counsel, jointly move the Court to administratively terminate this case, subject to the right of any party to reopen this case at any time upon proper motion.

Respectfully submitted,

Joseph W. Thomas, 8163
1615 Poydras
Suite 1295
New Orleans, Louisiana 70112
(504) 525-2256

Attorney for Plaintiffs

---

[1] Quaglino Tobacco and Candy Company, Inc., originally named as a defendant in this matter, was dismissed by Minute Entry dated May 2, 2001. Thus, this motion is brought by all remaining parties.

617666/1

_____
Phillip A. Wittmann, 13625
William D. Treeby, 12901, T.A.
Dorothy H. Wimberly, 18509
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Attorneys for Defendant
R.J. Reynolds Tobacco Company


_____
Carmelite M. Bertaut, 3054
William F. Grace, 6199
Peter J. Rotolo III, 21848
CHAFFE, MCCALL, PHILLIPS,
  TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 585-7000

Attorneys for Defendant, Brown &
Williamson Tobacco Corporation

617666/1

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 10th day of January, 2002.

*Dorothy d/ Wimba*

617666/1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the Joint Motion for Administrative Termination filed by all parties in this matter,

IT IS ORDERED that this case be and it hereby is administratively terminated.

IT IS FURTHER ORDERED that this case may be reopened at any time upon proper motion by any party.

IT IS FURTHER ORDERED that all rights of all parties are preserved.

NEW ORLEANS, LOUISIANA, this ___ day of January, 2002.

_____
UNITED STATES DISTRICT JUDGE

See Minute Entry of 2-6-02.

617666/1