

MINUTE ENTRY
McNAMARA, J.
FEBRUARY 6, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID HUMBLES, ET AL           *        CIVIL ACTION

VERSUS                         *        NO: 00-0003

R. J. REYNOLDS TOBACCO CO.,    *        SECTION: "D"(2)
ET AL


On Wednesday, February 6, 2002, the court held a **Status Conference** in chambers with the following counsel in attendance: Dorothy Wimberly for Defendant R.J. Reynolds Tobacco Company; Peter Rotolo for Defendant Brown & Williamson Tobacco Company; and Joseph Thomas for the Plaintiffs, David Humbles, et al. The court called the conference to discuss why the parties' "Joint Motion for Administrative Termination" should be granted.

At the conference, after hearing from counsel, the court **DENIED** the "Joint Motion for Administrative Termination" and instructed the parties as follows:

(1)    counsel for Defendant R.J. Reynolds Tobacco Company will

file, by Friday, February 8, 2002, a **"Motion to Continue**

DATE OF ENTRY
FEB 7 2002

___ Fee_____
___ Process_____
X   Dktd
___ CtRmDep
Doc.No._55

Trial" and a **"Motion to Re-Designate Trial Counsel"**;

(2)  The court will continue the Trial for approximately

10 months, but the court ordered counsel to begin

discovery **now**.

\* \* \* \* \* \*