

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * | MAGISTRATE WILKINSON |
| | * | |
| Defendants. | * * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

### EX PARTE MOTION TO CHANGE DESIGNATED TRIAL ATTORNEY PURSUANT TO LOCAL RULE 11.2

Defendant R.J. Reynolds Tobacco Company, through undersigned counsel, hereby moves the Court for entry of an Order making a change in its designated Trial Attorney in the above-captioned matter pursuant to Uniform District Court Rules LR11.2 "Trial Attorney", from William D. Treeby, La. Bar No. 12901, to Dorothy H. Wimberly, La. Bar No. 18509, thereby

DATE OF ENTRY
FEB 1 1 2002

621419/1

designating Dorothy H. Wimberly as responsible for the case and to receive all notices and other communications in the case.

            Respectfully submitted,

            */s/ Dorothy H. Wimberly*
            Phillip A. Wittmann, 13625
            William D. Treeby, 12901
            Dorothy H. Wimberly, 18509, T.A.
            STONE, PIGMAN, WALTHER,
             WITTMANN & HUTCHINSON, L.L.P.
            546 Carondelet Street
            New Orleans, LA 70130
            (504) 581-3200

            Mark A. Belasic
            Dennis L. Murphy
            Kevin D. Boyce
            JONES, DAY, REAVIS & POGUE
            North Point
            901 Lakeside Ave.
            Cleveland, OH 44114
            (216) 586-3939

            Attorneys for Defendant
            R.J. Reynolds Tobacco Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Ex Parte Motion To Change Designated Trial Attorney Pursuant to Local Rule 11.2 has been served upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this 7th day of February, 2002.

*/s/ Dorothy H. Wimberly*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| Plaintiffs, | * * | NO. 00-0003 |
| VERSUS | * * | SECTION "D" (2) |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | JUDGE MCNAMARA MAGISTRATE WILKINSON |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the foregoing Ex Parte Motion To Change Designated Trial Attorney Pursuant to Local Rule 11.2,

**IT IS ORDERED** that Dorothy H. Wimberly, La. Bar No. 18509, be and she hereby is designated as Trial Attorney for defendant R.J. Reynolds Tobacco Company.

**NEW ORLEANS, LOUISIANA**, this ___ day of February, 2002.

_____
JUDGE

621419/1