FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB -8  AM 9:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNCONTESTED MOTION FOR
CONTINUANCE OF TRIAL AND ALL DEADLINES**

Defendants R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation, through their respective undersigned counsel, and pursuant to the directive of the Court at its February 6, 2002 status conference in this matter, move the Court for entry of an order continuing the trial of this matter and all deadlines, for the following reasons.

1.

As the Court is aware, this matter currently is scheduled for trial commencing June 10, 2002. Other pertinent current deadlines include, *inter alia*:

    a. February 28, 2002, plaintiffs' expert reports must be filed

    b. April 1, 2002, defendants' expert reports must be filed; witness and exhibit lists due.

DATE OF ENTRY
FEB 11 2002

- 1 -

621420/1

b. April 29, 2002, discovery ends.

**2.**

Because of the involvement of the parties' respective counsel in two class actions underway in state court, the parties jointly requested administrative termination of this matter.

**3.**

During the status conference, the Court advised that administrative termination would not be granted. However, the Court indicated that it would grant a "substantial continuance" of the trial and all deadlines upon proper motion,[1] and with the understanding that the parties would undertake discovery and prepare the case for trial during the continuance.

**4.**

Defendants therefore request, with plaintiffs' consent, a continuance of all deadlines and the trial date in this matter.

Respectfully submitted,

Phillip A. Wittmann, 13625
William D. Treeby, 12901
Dorothy H. Wimberly, 18509, T.A.
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

and

---

[1] Defendants suggest that a January 2003 trial date is appropriate and will enable the parties to properly and completely prepare this matter for trial.

- 2 -

621420/1

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Attorneys for Defendant
R.J. Reynolds Tobacco Company


Carmelite M. Bertaut, 3054
William F. Grace, 6199
Peter J. Rotolo III, 21848
CHAFFE, MCCALL, PHILLIPS,
 TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 585-7000

Attorneys for Defendant, Brown &
Williamson Tobacco Corporation

621420/1

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by hand delivery, this 8th day of February, 2002.

*[signature: Dorothy H. Wimberly]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | CIVIL ACTION |
| Plaintiffs, | NO. 00-0003 |
| | SECTION "D" (2) |
| VERSUS | |
| | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | MAGISTRATE WILKINSON |
| Defendants. | |

## ORDER

Considering the Uncontested Motion for Continuance of Trial and All Deadlines filed by defendants R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation,

**IT IS ORDERED** that trial of this case currently scheduled to commence June 10, 2002, be and it hereby is continued.

**IT IS FURTHER ORDERED** that all other deadlines established by this Court's Minute Entry of June 14, 2001, be and they hereby are set aside; however, again, the parties are instructed to begin discovery NOW.

**IT IS FURTHER ORDERED** that the trial and all other deadlines be and they hereby are to be rescheduled in a Telephone Conference to be conducted by the Courtroom Deputy (Pam Radosta) with counsel of record on Tuesday, February 26, 2002 at 3:00 p.m.

- 1 -

621432/1

NEW ORLEANS, LOUISIANA, this _2_ day of February, 2002.

_____
UNITED STATES DISTRICT JUDGE