```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2002 FEB 20  PM 4:36

                LORETTA G. WHYTE
                     CLERK
```

MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 20, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HUMBLES ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-003 |
| R. J. REYNOLDS TOBACCO COMPANY ET AL. | SECTION "D"(2) |

### HEARING ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Defendant's Motion to Enforce Discovery Order, Record Doc. No. 53.

O R D E R E D:

__XXX__ : GRANTED. Administrative termination of this case has been denied. Record Doc. No. 55. Plaintiffs have failed to file any opposition to this motion as required by Local Rule 7.5E. Plaintiffs must comply with my previous order no later than **March 6, 2002**. Failure to do so may result in the imposition of sanctions under Fed. R. Civ. P. 37(b), upon defendant's motion.

DATE OF ENTRY
FEB 2 1 2002

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc No. 58