

```
         FILED
   U.S. DISTRICT COURT
 EASTERN DISTRICT OF LA

   2002 AUG 14  PM 4:14

    LORETTA G. WHYTE
          CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE McNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION AND INCORPORATED MEMORANDUM TO COMPEL
RESPONSES TO DEFENDANT R.J. REYNOLDS TOBACCO COMPANY'S
THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS**

Defendant R.J. Reynolds Tobacco Company ("Reynolds"), through undersigned counsel, respectfully moves the Court for entry of an order compelling plaintiffs, David Humbles and Dale H. Haydell, to respond to the Request for Production of Documents served upon them on or about June 21, 2002. In support thereof, defendant represents as follows:

```
___Fee_____
___Process__
_X_Dktd_____
___CtRmDep__
   Doc. No. 63
            640202/1
```

**1.**

Plaintiffs were served with Reynolds' Third Request for Production of Documents on June 21, 2002. A copy of the Third Request for Production of Documents is attached as Exhibit A.

**2.**

Plaintiffs' responses were due on or about July 22, 2002. Since plaintiffs did not timely respond to the request, on July 30, 2002, undersigned counsel wrote to plaintiffs' counsel, requesting that the responses be provided no later than August 5, 2002. A copy of the July 30, 2002 letter is attached as Exhibit B.

**3.**

In the July 30, 2002 letter, undersigned counsel scheduled the required "meet and confer" via telephone for August 6, 2002 at 2:00 p.m. *See* Exhibit B. The conference was to occur in the event responses were not forthcoming.

**4.**

Despite this written request, plaintiffs failed to respond. Accordingly, on August 6, 2002 at 2:00 p.m., undersigned counsel telephoned plaintiffs' counsel for the conference required by Local Rule 37.1E. Undersigned counsel was advised that plaintiffs' counsel was out of the office in a deposition. Undersigned counsel explained the purpose of the call and requested that plaintiffs' counsel contact her upon his return to the office. As of the present date, plaintiffs' counsel has not been in contact and still has not provided any response to Reynolds' requests.

**5.**

Reynolds cannot defend against plaintiffs' wrongful death lung cancer suit without medical records of that diagnosis and treatment.

**6.**

With discovery and other deadlines rapidly approaching and a trial date a mere six (6) months away, Reynolds simply cannot wait any longer for plaintiffs' responses.

WHEREFORE, defendant R.J. Reynolds Tobacco Company moves for entry of an order compelling compelling plaintiffs, David Humbles and Dale H. Haydell, to respond to the Third Request for Production of Documents previously served upon them.

Respectfully submitted,

*/s/ Dorothy H. Wimberly/*

Phillip A. Wittmann, 13625
William D. Treeby, 12901
Dorothy H. Wimberly, 18509, T.A.
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200


Of Counsel:

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

640202/1

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by hand delivery and/or by United States Mail, postage prepaid and properly addressed, this 14th day of August, 2002.

                                              Dorothy H. Wimberly

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | |
| | * | SECTION "D" (2) |
| VERSUS | * * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT R.J. REYNOLDS TOBACCO COMPANY'S THIRD REQUEST FOR THE PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, defendant R.J. Reynolds Tobacco Company hereby requests that plaintiffs produce within 30 days at the office of Stone, Pigman, Walther, Wittmann & Hutchinson, L.L.P., 546 Carondelet Street, New Orleans, Louisiana 70130, the documents hereinafter requested.

### REQUESTS

### REQUEST FOR PRODUCTION NO. 1:

A copy of the Letters of Administration for the administrator of the estate of Martha Duncan.



**REQUEST FOR PRODUCTION NO. 2:**

Please arrange for the administrator of the estate of Martha Duncan to execute the attached Authorization for Release of Pathology Slides from Pendleton Memorial Methodist Hospital.

**REQUEST FOR PRODUCTION NO. 3:**

Please arrange for the administrator of the estate of Martha Duncan to execute in triplicate the attached Form 4506, Request for Copy or Transcript of Tax Form.

**REQUEST FOR PRODUCTION NO. 4:**

Please arrange for the administrator of the estate of Martha Duncan to execute the attached form for release of information by the Social Security Administration.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce a copy of the driver's license and social security card of the administrator of the estate of Martha Duncan.

Respectfully submitted,

_____
Phillip A. Wittmann, 13625
William D. Treeby, 12901
Dorothy H. Wimberly, 18509, T.A.
Paul J. Masinter, 18324
STONE, PIGMAN, WALTHER,
 WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200

-2-

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Ave.
Cleveland, OH 44114
(216) 586-3939

Attorneys for Defendant
R.J. Reynolds Tobacco Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant R.J. Reynolds Tobacco Company's Third Request for Production of Documents has been served upon plaintiffs' counsel of record by hand delivery and upon all other counsel of record by placing same in the United States Mail, postage prepaid and properly addressed, this 21st day of June, 2002.

_____

# Pendleton Memorial Methodist Hospital
*An Affiliate Of The Methodist Health System*

April 29, 2002

Stephanie R. Colson
Marker's Litigation Services, Inc.
13105 North Freeway, Suite 300
Houston, TX 77040

Dear Ms. Colson:

RE:   Martha Duncan
      Date of Birth: 2/19/1928
      Social Security No.: 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

We do have the following non-reproducible materials within the scope of your request for materials in the possession of the Pathology Department at Pendleton Memorial Methodist Hospital (the "Hospital"):

   Slides for:
   Case Number:   S-98-03508
                  S-97-00126

However, under Louisiana law, pathology department blocks and slides and other "Graphic matter, images, X-ray films and like matter that were necessary to produce a diagnostic or therapeutic report <u>shall be retained</u>, preserved and properly stored <u>by hospitals</u> in their original, microfilmed, or similarly reproduced form for a minimum period of three years from the date a patient is discharged." (Emphasis added.) L.R.S. 40:2144.F(2). Since slides and blocks by their very nature cannot be "microfilmed, or similarly reproduced", the hospital must by law therefore retain them in the "original" form. This retention requirement is not only for the benefit of the patient, but also for several other classes of persons, as indeed the statute expressly provides "Such graphic matter, images, X-ray film and like matter shall be retained for longer periods when requested in writing by any one of the following: (a) An attending or consultant physician of the patient. (b) The patient or someone acting legally in his behalf. (c) Legal counsel for a party having an interest affected by the patient's medical records."

"Medical records of a patient maintained in a health care provider's office are the property and business records of the health care provider." L.R.S. 1299.96.A(2)(a). Either patients, representatives, or other parties by subpoena may be empowered by written request or subpoena to obtain a "<u>copy</u>" (emphasis added) of records, which of course for pathology slides is not technologically possible. L.R.S. 40:1299.96.A(2)(b); L.R.S. 13:3715.1.D. "However, no subpoena or court order shall require the production of original, nonreproducible materials and records unless accompanied by a court order or stipulation of the parties and the health care provider which specifies the person who will be responsible for the care of the items to be produced, the date and manner of the return to the provider of the items to

be produced, and that the items to be produced are not to be destroyed or subject to destructive testing." L.R.S. 13:3715.1.D.

Accordingly, in order to comply with the obligations imposed by law upon the Hospital as discussed above, prior to releasing the materials described in the first paragraph of this letter which are not reproducible (the "Materials"), we require the written representation and agreement both by the patient or authorized representative, and by the attorney representing the patient in the claim or lawsuit in connection with which the materials are sought, that:

1. You have obtained, and are herewith furnishing written consents to the Hospital's release of the Materials to your custody by everyone who could be adversely affected thereby, including but not limited to any and all actual or potential defendants in any or actual potential claim or lawsuit in which the Materials are or may be relevant.
2. You will return, within three (3) months or such longer a period as may be agreed in writing by Hospital, the Materials to the Pathology Department at the Hospital. Upon such return, you will obtain, preserve for a period of at least two (2) years thereafter, and present within ten (10) days of request, a receipt issued by the Hospital evidencing such return.
3. You will hold harmless, defend, and indemnify the Hospital, its officers, agents and employees, and all pathologists practicing at Hospital who have issued reports concerning the Materials, from and against all costs, expenses, claims, and liabilities arising out of or in connection with the Materials or their production to you by the Hospital.

If the patient or authorized representative and his or her attorney agree to the provisions of the preceding paragraph, please both sign the attached duplicate original of this letter to indicate assent, and return it along with the written consents described item 1 above. Thank you.

Sincerely,

Karen Castrinos
Manger, Laboratory Services
Direct Dial: (504) 244-5737
Facsimile: (504) 244-4476
E-Mail: kcastrinos@pmmh.org

KYC:nml

Attachments

**AGREED TO AND ACCEPTED:**                                    **AGREED TO AND ACCEPTED:**

_____                               _____
Attorney for Patient                                          Patient or Representative

_____                               _____
Name Printed                                                  Name Printed

_____                               _____
Date                                                          Date

| Form **4506** | **Request for Copy or Transcript of Tax Form** | |
|---|---|---|
| (Rev. May 1997) | ▶ Read instructions before completing this form. | OMB No. 1545-0429 |
| Department of the Treasury<br>Internal Revenue Service | ▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible. | |

**Note:** *Do not use this form to get **tax account information**. Instead, see instructions below.*

| 1a Name shown on tax form. If a joint return, enter the name shown first.<br>Martha Duncan | 1b First social security number on tax form or employer identification number (see instructions)<br>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 |
|---|---|
| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |

3   Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4   Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5   If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address

MARKER'S LITIGATION SERVICES, INC.   13105 N.W. FRWY., SUITE 300, HOUSTON, TX 77040-6312

6   If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . ▶ ☐

7   If name in third party's records differs from line 1a above, enter that name here (see instructions) ▶

8   Check only one box to show what you want. There is **no charge** for items 8a, b, and c:

a   ☐ Tax return transcript of Form 1040 series filed during the **current calendar year** and the **3 prior calendar years** (see instructions).
b   ☐ Verification of nonfiling.
c   ☐ Form(s) W-2 information (see instructions).
d   ☒ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). **The charge is $23 for each period requested.**
    Note: *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . . ▶ ☒

9   If this request is to meet a requirement of one of the following, check all boxes that apply.
    ☐ Small Business Administration    ☐ Department of Education    ☐ Department of Veterans Affairs    ☐ Financial institution

| 10 | Tax form number (Form 1040, 1040A, 941, etc.) | 12 | Complete only if line 8d is checked. Amount due: | |
|---|---|---|---|---|
| | | a | Cost for each period . . . . . . . | $ 23.00 |
| 11 | Tax period(s) (year or period ended date). If more than four, see instructions. | b | Number of tax periods requested on line 11 | |
| | | c | Total cost. Multiply line 12a by line 12b. . | $ |
| | | | *Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."* | |

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here** ▶

| Signature. See instructions. If other than taxpayer, attach authorization document. | Date | Telephone number of requester<br>(800) 264-9070 x. 2618 |
|---|---|---|
| | | Best time to call<br>8 a.m. - 5 p.m. Central |
| Title (if line 1a above is a corporation, partnership, estate, or trust) | | **TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions) |
| Spouse's signature | Date | |

## Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.**—Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2 information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

Note: *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?**—You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.**—If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.**—If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued on back)*

For Privacy Act and Paperwork Reduction Act Notice, see back of form.    Cat. No 41721E    Form **4506** (Rev. 5-97)

certain items from your return, including any later changes.

To request tax account information, write or visit an IRS office or call the IRS at the number listed in your telephone directory.

If you want your tax account information sent to a third party, complete **Form 8821**, Tax Information Authorization. You may get this form by phone (call 1-800-829-3676) or on the Internet (at http://www.irs.ustreas.gov).

**Line 1b.**—Enter your employer identification number (EIN) **only** if you are requesting a copy of a **business** tax form. Otherwise, enter the first social security number (SSN) shown on the tax form.

**Line 2b.**—If requesting a copy or transcript of a joint tax form, enter the second SSN shown on the tax form.

**Note:** *If you do not complete line 1b and, if applicable, line 2b, there may be a delay in processing your request.*

**Line 5.**—If you want someone else to receive the tax form or tax return transcript (such as a CPA, an enrolled agent, a scholarship board, or a mortgage lender), enter the name and address of the individual. If we cannot find a record of your tax form, we will notify the third party directly that we cannot fill the request.

**Line 7.**—Enter the name of the client, student, or applicant if it is different from the name shown on line 1a. For example, the name on line 1a may be the parent of a student applying for financial aid. In this case, you would enter the student's name on line 7 so the scholarship board can associate the tax form or tax return transcript with their file.

**Line 8a.**—If you want a tax return transcript, check this box. Also, on line 10 enter the tax form number and on line 11 enter the tax period for which you want the transcript.

A tax return transcript is available only for returns in the 1040 series (Form 1040, Form 1040A, 1040EZ, etc.). It shows most line items from the original return, including accompanying forms and schedules. In many cases, a transcript will meet the requirement of any lending institution such as a financial institution, the Department of Education, or the Small Business Administration. It may also be used to verify that you did not claim any itemized deductions for a residence.

**Note:** *A tax return transcript does not reflect any changes you or the IRS made to the original return. If you want a statement of your tax account with the changes, see **Tax Account Information** on page 1.*

**Line 8b.**—Check this box only if you want proof from the IRS that you did not file a return for the year. Also, on line 11 enter the tax period for which you want verification of nonfiling.

**Line 8c.**—If you want only Form(s) W-2 information, check this box. Also, on line 10 enter "Form(s) W-2 only" and on line 11 enter the tax period for which you want the information.

You may receive a copy of your actual Form W-2 or a transcript of the information, depending on how your employer filed the form. However, state withholding information is not shown on a transcript. If you have filed your tax return for the year the wages were earned, you can get a copy of the actual Form W-2 by requesting a complete copy of your return and paying the required fee.

Contact your employer if you have lost your current year's Form W-2 or have not received it by the time you are ready to prepare your tax return.

*U.S. Government Printing Office 1998 — 432-190/80090

**Note:** *If you are requesting information about your spouse's Form W-2, your spouse must sign Form 4506.*

**Line 8d.**—If you want a certified copy of a tax form for court or administrative proceedings, check the box to the right of line 8d. It will take at least 60 days to process your request.

**Line 11.**—Enter the year(s) of the tax form or tax return transcript you want. For fiscal-year filers or requests for quarterly tax forms, enter the date the period ended; for example, 3/31/96, 6/30/96, etc. If you need more than four different tax periods, use additional Forms 4506. Tax forms filed 6 or more years ago may not be available for making copies. However, tax account information is generally still available for these periods.

**Line 12c.**—Write your SSN or EIN **and** "Form 4506 Request" on your check or money order. If we cannot fill your request, we will refund your payment.

**Signature.**—Requests for copies of tax forms or tax return transcripts to be sent to a third party must be signed by the person whose name is shown on line 1a or by a person authorized to receive the requested information.

Copies of tax forms or tax return transcripts for a jointly filed return may be furnished to either the husband or the wife. Only one signature is required. However, see the line 8c instructions. Sign Form 4506 exactly as your name appeared on the original tax form. If you changed your name, **also** sign your current name.

For a corporation, the signature of the president of the corporation, or any principal officer and the secretary, or the principal officer and another officer are generally required. For more details on who may obtain tax information on corporations, partnerships, estates, and trusts, see section 6103.

If you are **not** the taxpayer shown on line 1a, you must attach your authorization to receive a copy of the requested tax form or tax return transcript. You may **attach a copy of the authorization document** if the original has already been filed with the IRS. This will generally be a **power of attorney** (Form 2848), or **other authorization**, such as Form 8821, or evidence of entitlement (for Title 11 Bankruptcy or Receivership Proceedings). If the taxpayer is deceased, you must send Letters Testamentary or other evidence to establish that you are authorized to act for the taxpayer's estate.

**Where To File.**—Mail Form 4506 with the correct total payment attached, if required, to the **Internal Revenue Service Center** for the place where you lived when the requested tax form was filed.

**Note:** *You must use a separate form for each service center from which you are requesting a copy of your tax form or tax return transcript.*

| If you lived in: | Use this address: |
|---|---|
| New Jersey, New York (New York City and counties of Nassau, Rockland, Suffolk, and Westchester) | 1040 Waverly Ave. Photocopy Unit Stop 532 Holtsville, NY 11742 |
| New York (all other counties), Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont | 310 Lowell St. Photocopy Unit Stop 679 Andover, MA 01810 |
| Florida, Georgia, South Carolina | 4800 Buford Hwy. Photocopy Unit Stop 91 Doraville, GA 30362 |
| Indiana, Kentucky, Michigan, Ohio, West Virginia | P O. Box 145500 Photocopy Unit Stop 521 Cincinnati, OH 45250 |
| Kansas, New Mexico, Oklahoma, Texas | 3651 South Interregional Hwy. Photocopy Unit Stop 6716 Austin, TX 73301 |
| Alaska, Arizona, California (counties of Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Glenn, Humboldt, Lake, Lassen, Marin, Mendocino, Modoc, Napa, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sonoma, Sutter, Tehama, Trinity, Yolo, and Yuba), Colorado, Idaho, Montana, Nebraska, Nevada, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming | P.O. Box 9941 Photocopy Unit Stop 6734 Ogden, UT 84409 |
| California (all other counties), Hawaii | 5045 E. Butler Avenue Photocopy Unit Stop 52180 Fresno, CA 93888 |
| Illinois, Iowa, Minnesota, Missouri, Wisconsin | 2306 E. Bannister Road Photocopy Unit Stop 6700, Annex 1 Kansas City, MO 64999 |
| Alabama, Arkansas, Louisiana, Mississippi, North Carolina, Tennessee | P O. Box 30309 Photocopy Unit Stop 46 Memphis, TN 38130 |
| Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, a foreign country, or A.P.O. or F.P.O address | 11601 Roosevelt Blvd. Photocopy Unit DP 536 Philadelphia, PA 19255 |

**Privacy Act and Paperwork Reduction Act Notice.**—We ask for the information on this form to establish your right to gain access to your tax form or transcript under the Internal Revenue Code, including sections 6103 and 6109. We need it to gain access to your tax form or transcript in our files and properly respond to your request. If you do not furnish the information, we will not be able to fill your request. We may give the information to the Department of Justice or other appropriate law enforcement official, as provided by law.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is: **Recordkeeping,** 13 min.; **Learning about the law or the form,** 7 min.; **Preparing the form,** 26 min.; and **Copying, assembling, and sending the form to the IRS,** 17 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. **DO NOT** send the form to this address. Instead, see **Where To File** on this page.

 Printed on recycled paper

# STONE, PIGMAN, WALTHER, WITTMANN & HUTCHINSON, L.L.P.

## COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

DOROTHY H. WIMBERLY
DIRECT DIAL (504) 593-0849
DIRECT FAX (504) 596-0849
DWIMBERLY@STONEPIGMAN.COM

OUR FILE NUMBER

60,295

July 30, 2002

**VIA HAND DELIVERY**

Joseph W. Thomas, Esq.
1615 Poydras
Suite 1295
New Orleans, Louisiana 70112

    Re:   <u>David Humbles, et al. v. R.J. Reynolds Tobacco Company, et al.</u>

Dear Joe:

    I enclose a copy of the following records for Martha Duncan, collected utilizing the authorizations executed by plaintiffs:

1. Medicare Part B, Blue Cross Blue Shield of Louisiana; and,

2. Charles Everson, M.D.

    As additional records are received, I will forward copies.

    I remind you that plaintiffs' responses to Reynolds' Third Request for Production of Documents, served on June 21, 2002, are overdue. Please respond immediately. If responses are not received by 5:00 p.m. on Monday, August 5, 2002, I will contact you on Tuesday, August 6, 2002 at 2:00 p.m. for the required "meet and confer" via telephone.

    Very truly yours,

    Dorothy H. Wimberly

DHW:bon
Enclosures


EXHIBIT B

STONE, PIGMAN, WALTHER, WITTMANN & HUTCHINSON, L.L.P.

PAGE 2

July 30, 2002

    cc:    Peter Rotolo/Carmelite Bertaut (by hand w/encl.)
            Dennis L. Murphy( via mail w/o encl.)
            William Durham (via mail w/o encl.)

643984/1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, *et al.* | * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **LOCAL RULE 37.1E CERTIFICATE**

In accordance with Local Rule 37.1E, undersigned counsel certifies that she attempted to confer by telephone with plaintiffs' counsel regarding this matter. At the time scheduled for the conference, plaintiffs' counsel was not in the office and has not yet returned undersigned counsel's call. Responses still have not been received.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
William D. Treeby, 12901
Dorothy H. Wimberly, 18509, T.A.
STONE, PIGMAN, WALTHER,
 WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

- 1 -

646031/1

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Attorneys for Defendant
R.J. Reynolds Tobacco Company

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by hand delivery and/or by United States Mail, postage prepaid and properly addressed, this 14th day of August, 2002.

*[Signature: Dorothy H. Wimberly]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE MCNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, *et al.* | * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion and Incorporated Memorandum to Compel Responses to Defendant R.J. Reynolds Tobacco Company's Third Request for Production of Documents to Plaintiffs will be brought on for hearing on the 4th day of September, 2002, at 11:00 a.m., before the Honorable Joseph Wilkinson, Magistrate Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

                              Respectfully submitted,

                              */s/ Dorothy H. Wimberly*
                              Phillip A. Wittmann, 13625
                              William D. Treeby, 12901
                              Dorothy H. Wimberly, 18509, T.A
                              STONE, PIGMAN, WALTHER,
                                WITTMANN & HUTCHINSON, L.L.P.
                              546 Carondelet Street
                              New Orleans, Louisiana 70130
                              (504) 581-3200

621124/1

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Attorneys for Defendant
R.J. Reynolds Tobacco Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by hand delivery and/or by United States Mail, postage prepaid and properly addressed, this 14th day of August, 2002.

_Dorothy H. Wimberly_