FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 AUG 14 PM 4:14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| Plaintiffs, | * * | NO. 00-0003 |
| VERSUS | * * | SECTION "D" (2) |
| R.J. REYNOLDS TOBACCO COMPANY, *et al.* | * * * | JUDGE MCNAMARA |
| Defendants. | * * | MAGISTRATE WILKINSON |

### RULE 78.1 REQUEST FOR ORAL ARGUMENT ON MOTION TO COMPEL

Pursuant to Rule 78.1 of this Court, defendant R.J. Reynolds Tobacco Company, through undersigned counsel, hereby requests oral argument on it Motion and Incorporated Memorandum to Compel Responses to Defendant R.J. Reynolds Tobacco Company's Third Request for Production of Documents to Plaintiffs. The motion currently is noticed for hearing on September 4, 2002 at 11:00 a.m. Because the motion involves ongoing problems with discovery,

- 1 -

646034/1

and because the discovery cut-off date is rapidly approaching, defendant respectfully requests the opportunity for counsel to fully discuss the issues raised in this motion with the Court.

Respectfully submitted,

*Dorothy Wimberly* (signature)

Phillip A. Wittmann, 13625
William D. Treeby, 12901
Dorothy H. Wimberly, 18509, T.A.
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Attorneys for Defendant
R.J. Reynolds Tobacco Company

646034/1

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by hand delivery and/or by United States Mail, postage prepaid and properly addressed, this 14th day of August, 2002.

*[signature: Dorothy J. Wimberly]*