

MINUTE ENTRY
WILKINSON, M.J.
AUGUST 15, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HUMBLES ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-003 |
| R. J. REYNOLDS TOBACCO COMPANY ET AL. | SECTION "D" (2) |

Pursuant to Local Rule 2.01, the request of counsel for defendant for oral argument on its motion to compel responses to its third request for production of documents to plaintiffs is hereby GRANTED. However, oral argument cannot be conducted on September 4, 2002, as noticed by counsel. Accordingly, oral argument will be heard on **September 11, 2002 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 16 2002