

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 SEP 12 AM 8:41

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 11, 2002

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HUMBLES ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-003 |
| R.J. REYNOLDS TOBACCO COMPANY ET AL. | SECTION "D" (2) |

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed <u>AND</u> a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to R.J. Reynolds Tobacco Company's Motion to Compel Responses to Third Request for Production of Documents to Plaintiffs, set for hearing on September 11, 2002 at 11:00 a.m. has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,



DATE OF ENTRY
SEP 12 2002



Fee_____
Process_____

**IT IS ORDERED** that the motion is **GRANTED** in that all written responses and documents that are the subject of defendant's motion to compel must be produced no later than within ten (10) days of entry of this order. All objections are deemed waived.

Upon the request of defense counsel at the hearing, **IT IS FURTHER ORDERED**, in light of plaintiffs' delay in responding to defendants' discovery, that the deadline by which defendants must submit the written reports of their experts is extended through and including **December 23, 2002.**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

2