FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 OCT 29 PM 4:28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | |
| | * | SECTION "D" (2) |
| VERSUS | * * | JUDGE McNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * | MAGISTRATE WILKINSON |
| | * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
TO CONTINUE AND REQUEST FOR STATUS CONFERENCE**

On October 29, 2002, defendant R.J. Reynolds Tobacco Company was served with plaintiffs' Motion to Continue and Request for Status Conference. Defendant Brown & Williamson Tobacco Corporation has not yet received a service copy of the motion. In the motion, plaintiffs state that they desire a continuance of the February 3, 2003 trial date and request a status conference to discuss the matter. Plaintiffs further state that "defendants have no objection to the requested continuance or to the request for a status conference." Defendants certainly have no objection to plaintiffs' request for a status conference and, indeed, believe that such a conference is necessary and desirable to discuss the status of this case and the reasons plaintiffs desire a continuance.

- 1 -

Fee_____
Process____
X  Dktd____
___ CtRmDep__
___ Doc. No.___

656096/1

However, defendants have not affirmatively represented to plaintiffs that they do not object to a continuance and cannot state whether they have any objection to a continuance of the trial without a discussion of the reasons for a continuance, the requested duration of such a continuance, and whether the continuance is for the trial date only (or affects other deadlines). Defendants believe that a status conference would be helpful on these issues and to discuss ongoing problems as to the location of the decedent's medical records, especially the x-rays and CT scans purportedly showing lung cancer.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
William D. Treeby, 12901
Dorothy H. Wimberly, 18509, T.A.
STONE, PIGMAN, WALTHER,
 WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200

Of Counsel:

Mark A. Belasic
Dennis L. Murphy
Kevin D. Boyce
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

Counsel for Defendant R.J. Reynolds
Tobacco Company

656096/1

Carmelite M. Bertaut, 3054
William F. Grace, 6199
Peter J. Rotolo III, 21848
CHAFFE, MCCALL, PHILLIPS,
  TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 585-7000

Counsel for Brown & Williamson Tobacco Corporation

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by hand delivery and/or by placing same in the United States mail, postage prepaid and properly addressed, this 29th day of October, 2002.

_____