UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 OCT 25 PM 12: 44   OCT 2 5 2002

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | | |
| VERSUS | * | SEC. "D" (2) |
| | | |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * | JUDGE McNAMARA |
| | * | MAG. WILKINSON |
| | * | |
| Defendants. | | |

* * * * * * * * * * * * *

## MOTION TO CONTINUE AND REQUEST FOR STATUS CONFERENCE

NOW INTO COURT comes plaintiffs, David Humbles and Dale Haydell Humbles, through their undersigned counsel, and on suggesting to the court that on January Monday, February 3, 2003, the trial of the above captioned matter has been set; and on further suggesting to the court that plaintiffs desire a continuance of this trial date and further, plaintiffs request a status conference with the court to discuss this matter.

Plaintiffs further suggest to the court that the defendants have no objection to the requested continuance or to the request for a status conference.

DATE OF ENTRY
OCT 3 1 2002

Therefore, plaintiffs move the court to hold a statute conference in this matter for the purpose of discussing plaintiffs motion to continue the February 3, 2003 trial.

>  Respectfully submitted,
>
>  *[signature]*
>  JOSEPH W. THOMAS (#8163)
>  Attorney for Petitioners
>  1615 Poydras Street, Suite 1295
>  New Orleans, Louisiana 70112
>  Telephone   (504)525-2256
>  Fax:        (504) 566-7179

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | | |
| VERSUS | * | SEC. "D" (2) |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * | JUDGE McNAMARA |
| | * | MAG. WILKINSON |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Based upon the foregoing:   *in chambers*

IT IS HEREBY ORDERED that a status conference will be held on the **6th** day of **November**, 2002 at 11:30 A.M., for the purpose of discussing plaintiffs' motion to continue the trial now set for February 3, 2003 of this captioned case.

New Orleans, Louisiana this **3rd** day of **Ord**, 2002.

_____
JUDGE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all known counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed and/or by hand delivery and/or by facsimile this date, as follows:

Dorothy Wimberly, Esq.
Peter Rotolo, III, Esq.
Stone Pigman Walther
546 Carondelet Street
New Orleans, LA 70130-3588
(504)581-3361

New Orleans, Louisiana, this 22nd day of October, 2002.

JOSEPH W. THOMAS