FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 NOV -6  P 4: 40

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
McNAMARA, J.
NOVEMBER 6, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0003 |
| R. J. REYNOLDS TOBACCO CO., ET AL | * | SECTION: "D"(2) |

On Wednesday, November 6, 2002, the court held a **Status Conference** in chambers with the following counsel in attendance: Dorothy Wimberly for Defendant R.J. Reynolds Tobacco Company; Carmelite Bertaut and William Durham for Defendant Brown & Williamson Tobacco Company; and Joseph Thomas for the Plaintiffs, David Humbles, et al. The court called the conference to discuss why the Plaintiff's Motion to Continue the Trial should be granted.

At the conference, after hearing from counsel, the court **DENIED** Plaintiff's Motion to Continue the Trial. The court also **DENIED** Defendants' request to extend their November 22, 2002 deadline for filing Witness and Exhibit Lists. The parties failed to show good cause why their respective requests should be granted.

DATE OF ENTRY
NOV 7 2002

Fee___
Process___
X Dktd___
CtRmDep___
Doc.No.___

The record reflects that this matter was removed to this court on January 3, 2000. The Trial was continued in February 2002, but the court ordered counsel to begin discovery immediately. Without good cause shown for a continuance, the court will not allow the case to continue to languish.

However, at the conference on November 6, 2002, the court **EXTENDED** the last hearing date on which substantive motions will be heard to **Wednesday, January 8, 2003 at 10:00 a.m.**, **with a deadline to file these substantive motions on Monday, December 23, 2002**.

The discovery deadline remains set on **December 31, 2002**. Further, the **Trial** remains set for the week of **February 3, 2003**, with the final **Pre-Trial Conference** to be held on **Wednesday, January 22, 2003 at 3:30 p.m.**

* * * * * *