

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 NOV 14  AM 11: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HUMBLES and DALE H. HAYDELL | * * * | CIVIL ACTION |
| | * | NO. 00-0003 |
| Plaintiffs, | * * | SECTION "D" (2) |
| VERSUS | * * | JUDGE McNAMARA |
| R.J. REYNOLDS TOBACCO COMPANY, QUAGLINO TOBACCO AND CANDY COMPANY, and BROWN & WILLIAMSON TOBACCO CORPORATION | * * * * * | MAGISTRATE WILKINSON |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs David Humbles and Dale H. Haydell, defendant R.J. Reynolds Tobacco Company, and defendant Brown & Williamson Tobacco Corporation (individually and as successor by merger to The American Tobacco Company), through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims of plaintiffs David Humbles and Dale H. Haydell against defendants R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation (individually and as successor by merger to The American Tobacco Company), be and they hereby are dismissed without prejudice.

657049/1

Plaintiffs David Humbles and Dale H. Haydell, defendant R.J. Reynolds Tobacco Company, and defendant Brown & Williamson Tobacco Corporation (individually and as successor by merger to The American Tobacco Company), further stipulate that this Stipulation of Dismissal Without Prejudice shall be subject to all terms and conditions set forth in the "Stipulation and Agreement Regarding Dismissal Without Prejudice" executed by the parties, which is incorporated as if fully set forth herein.

Respectfully submitted,

_____
Joseph W. Thomas, 8163
1615 Poydras
Suite 1295
New Orleans, Louisiana 70112
(504) 525-2256

Attorney for Plaintiffs

_____
Phillip A. Wittmann, 13625
William D. Treeby, 12901
Dorothy H. Wimberly, 18509, T.A.
STONE, PIGMAN, WALTHER,
 WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

Attorneys for Defendant
R.J. Reynolds Tobacco Company

- 2 -

657049/1

_[signature]_

Carmelite M. Bertaut, 3054
William F. Grace, 6199
Peter J. Rotolo III, 21848
CHAFFE, MCCALL, PHILLIPS,
 TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 585-7000

Attorneys for Defendant, Brown &
Williamson Tobacco Corporation
(individually and as successor by merger to
The American Tobacco Company)